JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GRESHAM, | Case No. CV 16-4228-MWF (KK) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN CSP-LAC, | |
| Respondent. | |

Pursuant to the Order Summarily Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that the Petition is summarily DENIED and this action is summarily DISMISSED without prejudice.

Dated: August 11, 2016

HON. MICHAEL W. FITZGERALD
United States District Judge